IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HERMAN SWIFT

**Name of Plaintiff(s)**

v.

,MARTIN F. HORN, et al.,

**Name of Defendant(s)**

**3: CV 00-1705**

Civil Case No.

Judge

(Number and Judge to be
assigned by court)

FILED
SCRANTON

SEP 25 2000

PER _____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __X__    I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing fee
and deduction of sums from my prison account when funds exist
until the filing fee of $150.00 has been paid in full.

2. __X__    I have enclosed an executed Authorization form which authorize
the Institution holding me in custody to transmit to the Clerk
a certified copy of my trust account for the past six (6)
months as well as payments from the account in the amounts
specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and whil
a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 o
more actions or appeals in a court of the United States that were
dismissed as frivolous, malicious, or for failure to state a claim upo
which relief may be granted?    Yes _____    No __X__

   (a)  If the answer is "yes," are you now seeking relief because you
   are under imminent danger of serious physical injury?
   Yes _____    No _____

(b)  Please explain in detail why you are under imminent danger of
     serious physical injury:

     _____

     _____

     _____

4.   (a)  Are you presently employed at the Institution?  Yes  X  No ____

     (b)  If yes, what is your monthly compensation?  $ 15.00

5.   Do you own any cash or other property; have a bank account; or receiv
     money from any source?  Yes _____  No  X

     If the answer is "yes" to any of the above, describe each source and
     the amount involved.

     _____

     _____

     _____

     _____

I certify under penalty of perjury that the foregoing is true and correct

Executed on  9-18-2000          _Herman D. Sm__
            (Date)                (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code,
Section 1746.

Sworn and subscribed before me this
___ day of _Sept_, 20_00_

_Jous Fithler_

NOTARIAL SEAL
JOHN J. FLAHERTY, Notary Public
Jackson Twp., Luzerne County, PA
My Commission Expires May 23, 2001

2