# AUTHORIZATION
(Prisoner's Account Only)

Case No. 3:CV 00-1705



NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

FILED SCRANTON SEP 25 2000

PER _____ DEPUTY CLERK

I, __Herman Swift, CE-8598__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

NOTARIAL SEAL
JOHN J. FLAHERTY, Notary Public
Jackson Twp., Luzerne County, PA
My Commission Expires May 28, 2001

Date: __9-18-2000__, 2000

Sworn and subscribed before me this __18__ day of __Sept__, 20__00__

_____
Signature of Prisoner