IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HERMAN SWIFT,** | : | CIVIL ACTION NO. 1:CV-00-1705 |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Durkin) |
| v. | : | |
| | : | FILED |
| **MARTIN HORN, et al.,** | : | HARRISBURG, PA |
| **Defendants** | : | JAN 1 1 2001 |
| | | MARY E. D'ANDREA, CLERK |
| | | PER _____ DEPUTY CLERK |

ORDER

Before the Court in the captioned action is the October 24, 2000 report and recommendation of the magistrate judge, recommending dismissal of Plaintiff's complaint for failure to state a claim upon which relief can be granted. Plaintiff filed objections to the report and recommendation on November 2, 2000.

The Court's review of the file and Plaintiff's objections reveals that the objections consist of arguments fully considered and rejected by the magistrate judge. Accordingly, upon independent review of the entire record and the applicable law, IT IS ORDERED THAT:

1) The Court adopts the report and recommendation of Magistrate Judge Durkin.

2) Plaintiff's complaint is DISMISSED.

3) Plaintiff's application to proceed in forma pauperis is DENIED as moot.

4) The Clerk of Court is directed to close this file.

_____
YVETTE KANE
United States District Judge

Dated: January 11, 2001.

Certified from the record
Date 1-11-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 11, 2001

Re:   1:00-cv-01705    Swift v. Horn

True and correct copies of the attached were mailed by the clerk to the following:

Herman Swift
SCI-D
SCI at Dallas
CE-8598
Drawer K - Follies Rd.
Dallas, PA  18612-0286

```
cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                  U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                  to: US Atty Gen    ( )    PA Atty Gen ( )
                                      DA of County   ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE:  1-11-01                         BY: _____
                                           Deputy Clerk