(10)
1-31-0
Sc

1:CV-00-1705

```
Tue Jan 30 14:01:17 2001

    UNITED STATES DISTRICT COURT

    SCRANTON     , PA

Receipt No.   111 133156
Cashier          jill

Tender Type  CHECK

Check Number: 16116

Transaction Type   AR

DØ Code   Div No    Acct
 4667       1      5100DL

Amount          $    13.00

SCI-DALLAS DALLAS, PA 18612-0286


PARTIAL FILING FEE FOR COMPLAINT IN
1:CV-00-1705
```

FILED
HARRISBURG

JAN 3 0 2001

MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK